■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JASON WILLIAMS, Respondent. [771 NYS2d 417]—Appeal from an order of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), entered September 25, 2002. The order granted the motion of defendant to suppress all physical evidence seized and any statements made by him.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed for reasons stated at Supreme Court and the indictment is dismissed. Present—Pigott, Jr., P.J., Green, Hurlbutt, Gorski and Lawton, JJ.